FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 MAR 27 AM 6:5

CLERK
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID SUTHERLAND,  )
                   )
    Petitioner,    )
                   )
v.                 )   CASE NO. CV411-107
                   )
YOLANDA RAWL,      )
                   )
    Respondent.    )
                   )

## O R D E R

Before the Court is Petitioner David Sutherland's Motion to Vacate Order Adopting Report and Recommendations (Doc. 30) and Motion and Demand of Relief (Doc. 31). In these motions, Petitioner asks this Court to reconsider its prior order (Doc. 28) adopting the Report and Recommendation of the Magistrate Judge denying his habeas petition. After carefully reviewing Petitioner's motions and the record in this case, the Court can find no reason to disturb its prior order. Accordingly, Petitioner's motions are **DENIED**.

SO ORDERED this 27th day of March 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA